# EXHIBIT 2

09901-0001/LEGAL11364364.1

Dockets.Justia.com

## DISTRICT COURT, DOUGLAS COUNTY, COLORADO
4000 JUSTICE WAY, SUITE 2009
CASTLE ROCK, COLORADO 80109

EFILED Document
CO Douglas County District Court 18th JD
Filing Date: May 3 2007 4:21PM MDT
Filing ID: 14721190
Review Clerk: Joleen K Jenkins

KENNETH J. COOL, P.C.; and KENNETH J. COOL,

Plaintiff,

v.

BERKELEY LAW & TECHNOLOGY GROUP, LLP, formerly known as BERKELEY LAW & TECHNOLOGY GROUP, LLC,

Defendant.

CASE No. 2007CV1020

AFFIDAVIT OF SERVICE

STATE OF OREGON    )
                   ) ss.
County of Multnomah )

I, Royal Hebert, hereby certify that I am a competent person 21 years of age or older, a citizen of the United States and a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action. I further certify that I made service of certified true copies of the following documents:

*DISTRICT COURT CIVIL CASE COVER SHEET FOR INITIAL PLEEDING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY CLAIM; SUMMONS; COMPLAINT*

Upon **BERKELEY LAW & TECHNOLOGY GROUP, LLP formerly known as BERKELEY LAW & TECHNOLOGY GROUP, LLC,** by personal service upon Kristi Schroeder, who is a Office Manager thereof, at 1700 N.W. 167th Place, #240, Beaverton, Oregon 97006 on April 23, 2007 at 1:52 p.m.

I declare under penalty of perjury that the above statements are true and correct.

_____
Royal Hebert            5303.322538

SUBSCRIBED AND SWORN TO before me on this 23rd day of April, 2007, by Royal Hebert.

OFFICIAL SEAL
TRACY M. BEVILACQUA
NOTARY PUBLIC-OREGON
COMMISSION NO. 401135
MY COMMISSION EXPIRES JAN. 9, 2010

_____
Notary Public for the State of Oregon

NATIONWIDE PROCESS SERVICE, INC. ♦ 420 CENTURY TOWER ♦ 1201 S.W. 12th AVENUE ♦ PORTLAND, OREGON 97205 ♦ (503) 241-0636