| DISTRICT COURT, DOUGLAS COUNTY, COLORADO<br>4000 Justice Way, Suite 2009<br>Castle Rock, Colorado 80109<br>303.633.7200 | |
|---|---|
| KENNETH J. COOL, P.C. and KENNETH J. COOL<br><br>     Plaintiffs,<br><br>v.<br><br>BERKELEY LAW & TECHNOLOGY GROUP, LLP, formerly known as BERKELEY LAW & TECHNOLOGY GROUP, LLC<br><br>     Defendant. | ▲ COURT USE ONLY ▲ |
| | Case Number:<br><br>Courtroom |
| Attorney for Plaintiffs:<br><br>James D. Kilroy, #20872<br>Snell & Wilmer L.L.P.<br>1200 Seventeenth Street, Suite 1900<br>Denver, Colorado 802024<br>Phone Number: 303.634.2000<br>FAX Number: 303.634.2020<br>E-mail: jkilroy@swlaw.com | |
| COMPLAINT | |

Plaintiffs Kenneth J. Cool, P.C. and Kenneth J. Cool, ("Plaintiffs") hereby submit their Complaint against Defendant Berkeley Law & Technology Group, LLP, formerly known as Berkeley Law & Technology Group, LLC, ("Defendant"), as follows:

## THE PARTIES

1. Plaintiff Kenneth J. Cool, P.C. is a Colorado corporation and is licensed to transact business in the State of Colorado.

2. Plaintiff Kenneth J. Cool is a citizen and resident of Douglas County, Colorado.

137615.1

Dockets.Justia.com

3. Defendant is an Oregon limited liability partnership and its principal place of business is located at 1700 NW 167th Place, Suite 240, Beaverton, OR 97006.

## JURISDICTION AND VENUE

4. The Court has jurisdiction over this action as the amount in controversy, exclusive of interest and costs, exceeds $15,000.

5. Venue is proper in Douglas County District Court pursuant to Rule 98(c) of the Colorado Rules of Civil Procedure because Plaintiffs' principal place of business is in Douglas County and the contracts at issue herein were to be performed in Douglas County.

## GENERAL ALLEGATIONS

6. Defendant is in the business of providing legal services of attorneys licensed to practice law in various states and before the United States Patent and Trademark Office.

7. Defendant entered into an Attorney Independent Contractor Agreement ("Agreement") with Plaintiffs. Under the terms of the Agreement, Plaintiffs rendered intellectual property legal services on behalf of Defendant to Defendant's clients.

8. In violation of the terms of the contracts, Defendant has failed to make timely payments due under the contracts they have established with Plaintiffs.

9. Plaintiffs have demanded payment of overdue contracts.

10. Defendant has not complied with the demands made by Plaintiffs.

11. The total amount overdue under Defendant's contracts with Plaintiffs is $90,138.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract)

12. Plaintiffs hereby incorporate by reference the foregoing allegations as though fully set forth herein.

13. The Agreement entered into by Plaintiffs and Defendant created binding and enforceable contractual obligations. Defendant agreed to pay all amounts due under the Agreement when payment became ripe.

14. Plaintiffs fulfilled each and every obligation it had under the Agreement, including providing intellectual property legal services to Defendant and Defendant's clients.

15. As described more fully above, Defendant breached the Agreement by failing to make payments in a timely manner and by failing to satisfy the demands made by Plaintiffs.

16. Defendant's unlawful conduct as described herein constitutes a material breach of the Agreement.

17. Plaintiffs have suffered damages as a result of Defendant's breach of contract in an amount equal to the amount past-due on the Agreement, plus accrued interest, costs, and attorneys' fees incurred in connection with this action.

### SECOND CLAIM FOR RELIEF
(Quantum Meruit)

18. Plaintiffs rendered legal services to Defendant.

19. Plaintiffs rendered such services with the reasonable expectation that it would be paid for reasonable value of such services.

20. Defendant requested or accepted such services expecting to pay for them or under circumstances that it knew, or a reasonable person should have known, that Plaintiffs expected to be paid.

21. The reasonable market value of the services provided but not paid for is $$90,138.00.

22. Plaintiffs have been damaged in the amount of $90,138., plus interest, costs, and attorneys' fees, due to Defendant's failure to pay for all of the services accepted or requested.

### THIRD CLAIM FOR RELIEF
(Unjust Enrichment Against Defendant)

23. Plaintiffs hereby incorporate by reference the foregoing allegations as though fully set forth herein.

24. As described more fully above, Plaintiffs provided intellectual property legal services to Defendant's clients on behalf of Defendant in exchange for Defendant's promises to pay for such legal services in a timely manner.

25. Defendant failed to pay for the legal services that they received from Plaintiffs.

26. Defendant has therefore received a benefit at Plaintiffs' expense under circumstances that would make it unjust for Defendant to retain the benefit without paying.

**PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL CLAIMS SO TRIABLE.**

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Court:

a. Award damages in the amount past-due on the parties' Agreement, plus pre-judgment interest and all interest on the outstanding balance as allowed by law;

b. Award costs and reasonable attorney fees;

c. Award post judgment interest as allowed by law; and

d. Award such other and further relief as the Court deems just and appropriate.

Dated: April 20, 2007

Snell & Wilmer L.L.P.

*[Original signature on file at the offices of Snell & Wilmer L.L.P.*

s/James D. Kilroy
James D. Kilroy, #20872
1200 17th St., Suite 1900
Denver, CO 80202
Telephone 303.634.2000
Facsimile 303.634.2020
Attorneys for Plaintiffs

Plaintiffs' Address:

7290 Brixham Circle
Castle Rock, Colorado 80108

137615.1

4