Kenneth J. Cool, P.C. et al v. Berkeley Law & Technology Group, LLP                                    Doc. 1 Att. 4
APR 20 2007 06:30 FR SNELL-WYDMER         303 634 2020 TO 915032411604      P.03
Case 1:07-cv-01089-WYD-MEH   Document 1-5   Filed 05/23/2007   Page 1 of 2

DISTRICT COURT, DOUGLAS COUNTY, COLORADO
4000 Justice Way, Suite 2009
Castle Rock, Colorado 80109
303.633.7200

KENNETH J. COOL, P.C. and KENNETH J. COOL
    Plaintiffs,

v.

BERKELEY LAW & TECHNOLOGY GROUP, LLP,
formerly known as BERKELEY LAW & TECHNOLOGY
GROUP, LLC

    Defendant.

Attorney for Plaintiffs:

James D. Kilroy, #20872
Snell & Wilmer L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 802024
Phone Number: 303.634.2000
FAX Number: 303.634.2020
E-mail: jkilroy@swlaw.com

▲ COURT USE ONLY ▲

Case Number:

Courtroom

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

2. Check the boxes applicable to this case.

   ☐ Simplified Procedure under C.R.C.P. 16.1 **applies** to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

   ☒ Simplified Procedure under C.R.C.P. 16.1, **does not apply** to this case because (check one box below identifying why 16.1 does not apply):

   ☐ This is a class action or forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding,      or
   ☒ This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)), or
   ☐ Another party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case.

3. ☒ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

dockets.Justia.com

Date: April 20, 2007   s/ James D. Kilroy
Signature of Party or Attorney for Party

---

**NOTICE**

✓ This cover sheet must be filed in all District Court Civil (CV) Cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.
✓ This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.
✓ This cover sheet shall not be considered a pleading for purposes of C.R.C.P. 11.

---