# EXHIBIT 6

09901-0001/LEGAL11364364.1

| | |
|---|---|
| DISTRICT COURT, DOUGLAS COUNTY, COLORADO<br><br>Court Address:   4000 Justice Way, Suite 2009<br>                         Castle Rock, Colorado 80104 | |
| **Plaintiffs:**<br>KENNETH J. COOL, P.C., and KENNETH J. COOL,<br><br>v.<br><br>**Defendant:**<br>  BERKELEY LAW & TECHNOLOGY GROUP, LLP, f/k/a BERKELEY LAW & TECHNOLOGY GROUP, LLC | ▲ COURT USE ONLY ▲ |
| | Case Number:  2007CV1020<br>Courtroom: |
| **Attorneys for Defendant:**<br>Romney S. Philpott, III, #35112<br>PERKINS COIE LLP<br>1899 Wynkoop Street, Suite 700<br>Denver, CO  80202-1043<br>Phone:  303.291.2300<br>Facsimile:  303.291.2400<br>Email: RPhilpott@perkinscoie.com | |
| **DEFENDANT'S NOTICE OF REMOVAL** ||

     PLEASE TAKE NOTICE that a Notice of Removal, a copy of which is attached hereto as Exhibit A, has been filed in the United States district Court for the district of Colorado by Defendant Berkeley Law & Technology Group, LLP, through their attorneys, Perkins Coie LLP, under 28 U.S.C. § 1332(a)(1) and § 1441(a), for the reasons that the matter in controversy exceeds $75,000 and involves citizens of different states.  Pursuant to 28 U.S.C. § 1446(d), the state court action shall proceed no further.

     Dated this 23rd day of May, 2007.

                                                 Respectfully submitted,

                                           *s/ Romney S. Philpott*
                                          Romney S. Philpott (#35112)

                                          ATTORNEYS FOR DEFENDANT

*In accordance with C.R.C.P. 121 § 1-26(9), a duly signed original of this document is on file at the law firm of Perkins Coie LLP and will be made available for inspection by other parties or the court upon request.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2007, the foregoing **Notice of Removal** was sent to the following via E-Service through LexisNexis File and Serve:

James D. Kilroy, Esq.
Snell & Wilmer, L.L.P.
1200 17th Street, Suite 1900
Denver, CO  80202
jkilroy@swlaw.com

*s/ Chin Sue Virnich*
Chin Sue Virnich