Kenneth J. Cool, P.C. et al v. Berkeley Law & Technology Group, LLP    Doc. 1 Att. 7
Case 1:07-cv-01088-WYD-MEH   Document 1-8   Filed 05/23/2007   Page 1 of 2
APR 20 2007   303 634 2020 TO 915032411604   P.05

DISTRICT COURT, DOUGLAS COUNTY, COLORADO
4000 Justice Way, Suite 2009
Castle Rock, Colorado 80109
303.633.7200

KENNETH J. COOL, P.C. and KENNETH J. COOL
    Plaintiffs,

v.

BERKELEY LAW & TECHNOLOGY GROUP, LLP,
formerly known as BERKELEY LAW & TECHNOLOGY
GROUP, LLC
    Defendant.

Attorney for Plaintiffs:

James D. Kilroy, #20872
Snell & Wilmer L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 802024
Phone Number: 303.634.2000
FAX Number: 303.634.2020
E-mail: jkilroy@swlaw.com

▲ COURT USE ONLY ▲

Case Number:

Courtroom

**SUMMONS**

THE PEOPLE OF THE STATE OF COLORADO
TO THE BELOW NAMED DEFENDANT:

Berkeley Law & Technology Group, LLP
formerly known as Berkeley Law & Technology Group LLC:

    You are hereby summoned and required to file with the clerk of this court an answer or other response to the attached complaint. If service of the summons and complaint was made upon you within the State of Colorado, you are required to file your answer or other response within twenty (20) days after such service upon you. If service of the summons and complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within thirty (30) days after such service upon you.

    If you fail to file your answer or other response to the complaint in writing within the applicable time period, judgment by default may be entered against you by the court for the relief

Dockets.Justia.com

demanded in the complaint, without further notice to you.

The Complaint and District Court Civil Case Cover Sheet are also served with this summons.

Respectfully submitted this 20th day of April, 2007.

SNELL & WILMER, LLP

By:   s/James D. Kilroy
     James D. Kilroy #20872
     One Tabor Center, Suite 1900
     1200 Seventeenth Street
     Denver, Colorado 80202
     Phone: 303.634.2000
     Fax: 303.634.2020

**ATTORNEY FOR PLAINTIFFS**

This summons is issued pursuant to Rule 4, C.R.C.P., as amended.
A copy of the complaint must be served with this summons.