**Appendix B**

## SUPPLEMENTAL CIVIL COVER SHEET FOR
## NOTICES OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446 - 47 and D.C.COLO.LCivR 81.1, the removing party shall promptly file a copy of each of the state court pleadings.

| **Section A - Plaintiffs** | **Section B - Defendants** |
|---|---|
| Plaintiffs remaining in action at the time of filing the notice of removal | Defendants remaining in action at the time of filing the notice of removal |
| Kenneth J. Cool<br>Kenneth J. Cool, P.C. | Berkeley Law & Technology Group, LLP, formerly known as Berkeley Law & Technology Group, LLC |

**Section C - Pending Motions**
**As of Date of Removal**

Title of Motion:                                            Date Motion Filed:

1) N/A
2)
3)
4)

(Use reverse for additional information if necessary)

**Section D - Hearings**

Are hearings set on any motions? If yes, please list motion, date of hearing, and the assigned judge:

_____
_____
_____
_____
_____
_____
_____

s/ Romney Philpott
Signature of Attorney for Removing Party
Telephone Number: (303) 291-2300
Date: May 23, 2007

State Court Case No.:
2007CV1020

(Rev. 04/06/06)