## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

KENNETH J. COOL, P.C., a Colorado Corporation, and
KENNETH J. COOL,

      Plaintiffs,

v.

BERKELEY LAW & TECHNOLOGY GROUP, LLP, f/k/a BERKELEY LAW &
TECHNOLOGY GROUP, LLC, an Oregon limited liability partnership,

      Defendant.

_____

### NOTICE OF FILING OF STATE COURT PLEADINGS
_____

      Defendant Berkeley Law & Technology Group LLP, through its undersigned counsel

Perkins Coie LLP, pursuant to 28 U.S.C. §§ 1446-1447 and D.C.COLO.LCivR 81.1, submit true

and accurate copies of all pleadings now on file in the State Court Action previously pending in

the District Court for the County of Douglas under Case No. 2007CV1020.

      DATED this 23rd day of May, 2007.

                 Respectfully submitted,


                 By: *s/ Romney Philpott*_____
                    Romney Philpott
                    Perkins Coie, LLP
                    1899 Wynkoop Street, Suite 700
                    Denver, CO 80202
                    (303) 291-2300

                 Attorneys for Berkeley Law & Technology Group,
                 LLP

Dockets.Justia.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2007, I served a true and correct copy of the foregoing **Notice of Filing of State Court Pleadings** by depositing the same in the United States Mail, proper First Class postage prepaid addressed to the following:

> James D. Kilroy, Esq.
> Snell & Wilmer, L.L.P.
> 1200 17th Street, Suite 1900
> Denver, CO  80202
> jkilroy@swlaw.com

By: *s/ Romney Philpott*
    Romney Philpott
    Perkins Coie, LLP
    1899 Wynkoop Street, Suite 700
    Denver, CO 80202
    (303) 291-2300

    Attorneys for Berkeley Law & Technology Group, LLP