**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01088 WYD-MEH

KENNETH J. COOL, P.C., a Colorado corporation
and KENNETH J. COOL
Plaintiff,

v.

BERKELEY LAW & TECHNOLOGY GROUP, LLP
f/k/a BERKELEY LAW & TECHNOLOGY GROUP, LLC,
an Oregon limited liability partnership

Defendant.

---

**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)**

---

Plaintiffs Kenneth J. Cool, P.C. and Kenneth J. Cool, through undersigned counsel, hereby notice the dismissal of this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Following the filing and service of Plaintiffs' Complaint in this action, Defendants have not filed or served an answer or motion for summary judgment responding to Plaintiff's Complaint, such that this matter may be dismissed through the filing of this Notice.

Dated: June 11, 2007

Snell & Wilmer L.L.P.

*s/ Katrin Miller Rothgery*
James D. Kilroy, #20872
1200 17th St., Suite 1900
Denver, CO 80202
Telephone 303.634.2000
Facsimile 303.634.2020

*Attorneys for Plaintiffs*

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2007, a true and correct copy of the foregoing **NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)** was filed and served electronically, via the ECF/CMF Filing System, upon the following:

Romney Philpott
Perkins Coie, LLP
1899 Wynkoop Street, Suite 700
Denver, CO 80202

*s/ Stephannie Harris* ______________________

141299