IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01088-WYD-MEH

KENNETH J. COOL, P.C., a Colorado Corporation; and
KENNETH J. COOL,

      Plaintiffs,

v.

BERKELEY LAW & TECHNOLOGY GROUP, lLLP, f/k/a BERKELEY LAW &
TECHNOLOGY GROUP, LLC, an Oregon limited liability partnership,

      Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

      Plaintiffs filed a Notice of Dismissal Pursuant to F.R.C.P. 41(a)(1) [# 8] on June 11, 2007.  After a careful review of the file, the Court has concluded that the notice should be approved and that Plaintiffs' claims against the Defendants should be **DISMISSED WITHOUT PREJUDICE**.

      THEREFORE IT IS ORDERED as follows:

      That Plaintiffs' Notice of Dismissal Pursuant to F.R.C.P. 41(a)(1) [# 8] is **APPROVED**; and that Plaintiffs' claims against the Defendants are **DISMISSED WITHOUT PREJUDICE**, each party to pay its own attorney's fees and costs.

-1-

Dated: June 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge